CHAMBERS OF
NORMA L. SHAPIRO
JUDGE

10614 UNITED STATES COURTHOUSE
INDEPENDENCE MALL WEST
PHILADELPHIA, PENNSYLVANIA 19106-1774
(215) 597-9141

August 1, 2008

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:     Financial Disclosure Report 2007

Enclosed you will find an original and three copies of Page 5 of my Financial Disclosure Report for Calendar Year 2007. This is in response to the letter of Judge Ortrie D. Smith dated July 21, 2008.

Thank you for your inquiry.

Sincerely,

Enc.

# FINANCIAL DISCLOSURE REPORT
Page 5 of 8

| Name of Person Reporting | Date of Report |
|---|---|
| Norma, Shapiro L | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mellon Bank (Checking Acct.) | A | Interest | J | T | | | | | |
| 2. Firstrust Checking Accts. | A | Interest | J | T | | | | | |
| 3. Firstrust Savings Accounts | A | Interest | J | T | | | | | |
| 4. Alliance Bernstein Cap Reserve | A | Dividend | J | T | | | | | |
| 5. Wachovia | A | Interest | J | T | | | | | |
| 6. State of Israel Savings Bonds | A | Interest | J | T | | | | | |
| 7. Bank MBNA | A | Interest | J | T | Redemp(part) | 12/12 | K | A | |
| 8. Bank of America (X) | B | Interest | | | Inheritance | | | | |
| 9. Calamos Global Dynamic | B | Dividend | L | T | Buy | 7/07 | K | | |
| 10. Lord Abbett All Value Ltd. | | Dividend | | | Sell | 3/07 | L | C | |
| 11. Eaton Vance Ehanced Eq.Inc. | C | Dividend | K | T | | | | | |
| 12. Vv Finance | A | Dividend | J | T | | | | | |
| 13. Oppenheimer PA Municipal Bond | | Interest | K | T | | | | | |
| 14. Claymore Securities Defined Portfolios | A | Dividend | | | Sell | 6/22 | K | B | |
| 15. Van Kampen Cohen & Steers, Inc. Fd. | C | Dividend | K | T | | | | | |
| 16. Claymore Closed End | B | Dividend | K | T | Buy | 06/07 | K | | |
| 17. Life Strategy Mod. Growth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Norma, Shapiro L | 2. Court or Organization  U.S. District Court, EDPA | 3. Date of Report  05/14/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Article III Judge (Senior) | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address  10614 United States Courthouse 601 Market Street Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee/Committee Member, National Advisory Council | Jewish Publication Society |
| 2. Member, Committee on Women in the Profession | Pennsylvania Bar Association |
| 3. Chair, Leadership Development & Recruitment Committee | Pennsylvania Bar Association |
| 4. Chair, Board of Directors | Violette De Mazia Foundation |
| 5. Secretary, Board of Trustees | Adath Jeshurun Synagogue |
| 6. Executive Committee (Annual Conf. Co-chair) | National Association of Women Judges |
| 7. Member, Standing Committee on Judicial Independence | American Bar Association |
| 8. Member, ABA 2008 John Marshall Award Selection Committee | American Bar Association |
| 9. Member, Standing Committee on Professional Discipline | American Bar Association |
| 10. American Bar Association Representative | Appellate Judges Education Institute, Board of Directors |
| 11. Executrix | Estate of █████████ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2008 MAY 20 A 9: 49 FINANCIAL DISCLOSURE OFFICE

2. _____ _____

3. _____ _____

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2007 | Albert Einstein Medical Center 403(b) Tax Shelter Prudential Insurance Co. America |
| 2. | 2007 | Albert Einstein Medical Center - Pension |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | American Bar Association (ABA) | 02/11/07 - 02/13/07 | Miami, FL | Midyear Meeting | Meals & lodging. |
| 2. | National Association of Women Judges (NAWJ) | 05/19/07 - 05/20/07 | Richmond, VA | District 4 Meeting | Meals & Lodging (50%) |
| 3. | ABA | 05/31/07 - 06/02/07 | Chicago, IL | Stndng Comm/Prof.Discipl. | Transportation, meals & lodging. |
| 4. | ABA | 08/08/07 - 08/15/07 | San Francisco, CA | Annual Meeting | Lodging. |
| 5. | ABA | 09/15/06 - 09/17/06 | Chicago, IL | Section Officers Conf. | Transportation, meals & lodging (reimbursement received in May 2007) |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norma, Shapiro L | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mellon Bank (Checking Acct.) | A | Interest | J | T | | | | | |
| 2. Firstrust Checking Accts. | A | Interest | J | T | | | | | |
| 3. Firstrust Savings Accounts | A | Interest | J | T | | | | | |
| 4. Alliance Bernstein Cap Reserve | A | Dividend | J | T | | | | | |
| 5. Wachovia | A | Interest | J | T | | | | | |
| 6. State of Israel Savings Bonds | A | Interest | J | T | | | | | |
| 7. Bank MBNA | A | Interest | J | T | Redemp(part) | 12/12 | K | A | |
| 8. Bank of America | B | Interest | | | | | | | |
| 9. Calamos Global Dynamic | B | Dividend | L | T | Buy | 7/07 | K | | |
| 10. Lord Abbett All Value Ltd. | | Dividend | J | | Sell | 3/07 | L | C | |
| 11. Eaton Vance Ehhanced Eq.Inc. | C | Dividend | K | T | | | | | |
| 12. Vv Finance | A | Dividend | J | T | | | | | |
| 13. Oppenheimer PA Municipal Bond | | Interest | K | T | | | | | |
| 14. Claymore Securities Defined Portfolios | A | Dividend | | | Sell | 6/22 | K | B | |
| 15. Van Kampen Cohen & Steers, Inc. Fd. | C | Dividend | K | T | | | | | |
| 16. Claymore Closed End | B | Dividend | K | T | Buy | 06/07 | K | | |
| 17. Life Strategy Mod. Growth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norma, Shapiro L | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  STAR Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Norma, Shapiro L | 05/14/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Additional information, Section I - Positions:

Numbers 1, 2, 4, 5, 6, 7, 8, 9, 10    These are non-profit organizations. I have no control over the expenditures of these organizations, although with effort I could ascertain their assets.

Number 3    This is a 501(c)(3) charitable organization. I do vote on the expenditure of funds together with the other four Directors for which I receive no compensation. The total assets of this organization at the end of 2007 was approximately $12,000,000.

███████████████ died on November 27, 2007. His Will names me the Executrix and sole beneficiary of his estate.

His assets, listed under Section VII, became assets of the Estate of █████████, in 2008, they were transferred to a Tax Exempt Marital Trust and rolled over into my Vanguard IRA. All assets listed in Section VII which were in his name prior to his death were in the Estate of █████████ at year end and transferred to the Tax Exempt Marital Trust in 2008. All bank accounts that were previously ███ accounts are now titled in my name only.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544